# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
DEC 07 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

**Larry Farley**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**Doc Westville Correctional Facility**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: **1:22CV447**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Lt Bradford | Westville Correctional 5501 South 1100 West |
| 2 | Counsolor Ward Nathanial C.O. On the Am Shift that day was new | both the same as top |
| 3 | Milwakee Johnson Westville Correctional facility Mr. Pazera Nicholas Substance/R.W.i. | Westville Correctional 5501 South 1100 West |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **5**

2. What is the name and address of your prison or jail? **Westville Correctional facility 5501 South 1100 west**

3. Did the event you are suing about happen there? ☑ Yes. ☐ No, it happened at: **Westville Correctional Facility in RWI E2 w2**

4. On what date did this event occur? **8/29/22**

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

      **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

      **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I had went to Lt Bradford told him of my problem on 8/20/22 Then I wrote letters to Pazera that runs the RWI telling him that i had a problem going on with inmates Then I went to my counslor Ward Told him he got me moved but then they moved them right where I went Straght to the C.O. On the shift he told me to go lay on my bunk + fill out a request, They Would see me I was bleeding every Where I was hurt bad I layed there for 3 hours, Finally Someone got the Sargent on the Shift to get me the C.O got in trouble for not sending me me, my Jaw was broke I got Titanium Jaw, num face that will never get better They have been ~~fushing me~~ Punishing me Took away my meds, They only gave me my food a few times the way I was Suposed to

**Claims and Facts (continued)**

they wont get me a M.R.I. or Take care of my injurys after started conplaning they put me on top bunk said if i don't they will put me in C' where they would hurt me they took me out of medical & put me on E'west where it Started Im having a hard time getting on top bunk Im weak, dizy, and really bad head aches

5. When did this event happen?
   ◯ Before I was confined.
   ◯ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ◯ No, this event did not happen in a prison or jail.
   ◯ No, this event is not grievable at the prison or jail where it occurred.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ◯ Yes, this event was grievable, but I did not file a grievance because _____
   _I have more paperwork after I got a case # I'll send more_

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _Make them get me fixed I didn't ask for this pay the bills + me for pain + mental abuse, and all that they took from me_

   *[Initial Each Statement]*
   __LF__ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   __LF__ I will keep a copy of this complaint for my records.
   __LF__ I will promptly notify the court of any change of address.
   __LF__ I declare **under penalty of perjury** that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _____          _____
   Signature                                   Prisoner Number